Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                                                                       CASE NO:  13-32515-BJH-13
**BETTY RUTH ARTIS**
             **DEBTOR**

---

**Trustee's Certificate of Chapter 13 Plan Payment Completion**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE;

   Comes now, Thomas D. Powers, Standing Chapter 13 Trustee, and would show unto the Court that the above referenced Debtor has completed all payments  payable to the Trustee.

                                                                    Respectfully submitted,

                                                                    THOMAS D. POWERS, CHAPTER 13 TRUSTEE


                                                                    By: /s/ Thomas D. Powers
                                                                    Thomas D. Powers
                                                                    State Bar No. 16218700
                                                                    105 Decker Ct
                                                                    Suite 1150 11Th Floor
                                                                    Irving, TX  75062
                                                                    (214) 855-9200

**Trustee's Certificate of Chapter 13 Plan Payment Completion**
Page 2
Case # 13-32515-BJH-13
**BETTY RUTH ARTIS**

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Trustee's Certificate of Chapter 13 Plan Payment Completion has been served on the Debtor and Debtor's Counsel and on the other parties listed below by United States First Class Mail or by electronic service.

| | |
|---|---|
| Debtor: | BETTY RUTH ARTIS, 736 CRESENT DR, DESOTO, TX  75115 |
| Attorney: | RICHARD D KINKADE PC, 2121 W AIRPORT FREEWAY NO 350, IRVING, TX  75062** |
| Notice Creditor(s): | BASSEL AND WILCOX PLLC, PO BOX 11509, FORT WORTH, TX  76110-0509** |
| | CODILIS AND STAWIARSKI, 400 N SAM HOUSTON PKWY EAST, STE 900A, HOUSTON, TX  77060 |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207** |
| | GE CAPITAL RETAIL BANK, CO RECOVERY MANAGEMENT SYSTEMS, 25 SE 2ND AVENUE SUITE 1120, MIAMI, FL  33131-1605** |
| | MACKIE WOLF ZIENTZ AND MANN PC, PARKWAY OFFICE CENTER SUITE 900, 14160 NORTH DALLAS PARKWAY, DALLAS, TX  75254** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  5/31/2018

By: /s/ Thomas D. Powers
Thomas D. Powers