**Law Office of Richard D. Kinkade, P.C.**
**State Bar No. 11477350**
**2121 W. Airport Freeway, Suite 400**
**Irving, Texas 75062**
**Tel. 972.256.4444 / Fax 972.258.8817**
**ATTORNEY FOR DEBTOR**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 13-32515-BJH |
| BETTY RUTH ARTIS § | | |
| § | | |
| § | | |
| DEBTOR § | | CHAPTER 13 |
| § | | |

### DEBTOR'S MOTION TO REOPEN AND DISCHARGE CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Debtor, Betty Ruth Artis, by and through her attorney of record, Richard D. Kinkade, P.C., who hereby moves this Court to Reopen and Discharge case and in support thereof would respectfully show the Court as follows:

1. Debtor filed Chapter 13 Bankruptcy on 5/11/2013.

2. The case was closed without a Discharge on 6/22/2018 for failure to file a Certification and Motion for Entry of Chapter 13 Discharge. Debtor reviewed and signed the Motion on 7/12/2018.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court Reopen and grant the Debtor her Discharge and for such further and other relief to which the Debtor may be justly entitled.

Respectfully Submitted,

/s/ Richard D. Kinkade
Richard D. Kinkade, State Bar No. 11477350
2121 West Airport Freeway, Suite 400
Irving, Texas 75062
Tel. 972.256.4444 / Fax 972.258.8817
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing instrument via ecf and/or first-class mail, postage prepaid, to the following:

**TRUSTEE:**
Thomas Powers
105 Decker Court
Suite 1150
Irving, TX 75062

**U.S. TRUSTEE:**
United States Trustee
1100 Commerce St., Rm. 976
Dallas, TX 75242

**DEBTOR:**
Betty Ruth Artis
736 Cresent Dr
DeSoto, TX 75115

and to all creditors on the attached mailing matrix.

Dated this 12th day of July, 2018.

/s/ Richard D. Kinkade
RICHARD D. KINKADE
ATTORNEY FOR DEBTOR